UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| IN RE:  ZIA ALEXIS MARSHAY SIFFORD, | { CHAPTER 13 |
| | { |
| | { |
| DEBTOR | { CASE NO. A25-63432-PWB |
| | { |
| | { JUDGE BONAPFEL |

**OBJECTION TO CONFIRMATION**

COMES NOW K. Edward Safir, Trustee herein, and objects to Confirmation of the plan for the following reasons:

1. The plan as proposed will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d). (79 months).

2. The Debtor has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

3. The Debtor has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i). Therefore, the Trustee requires that the Debtor

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

1

provides the Trustee with a sworn statement by the Debtor, in addition to the tax return, which states that the tax return provided is a true copy of the most recent tax return filed.

    4.  The payout of the claim(s) owed to Progress Residential will extend beyond sixty (60) months, contrary to 11 U.S.C. § 1322(d).

    5.  The proposed plan fails to provide for the treatment of Navy Federal Credit Union. However, said creditor has filed a secured claim.

    WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

    _____/s/_____
K. Edward Safir, Attorney
Chapter 13 Trustee
GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com

2

A25-63432-PWB

# **CERTIFICATE OF SERVICE**

    I hereby certify that on this day I electronically filed the foregoing Objection to Confirmation using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

LAW OFFICES OF DOUGLAS JACOBSON, LLC

    I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

ZIA ALEXIS MARSHAY SIFFORD
1292 LOCK HEATH TRL
LAWRENCEVILLE, GA 30045

This 28th day of January, 2026

Respectfully submitted,

_____/s/_____
K. Edward Safir, Attorney
Chapter 13 Trustee
GA Bar No. 622149

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
eds@atlch13tt.com