IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Zia Alexis Marshay Sifford, | Case No. 25-63432-PWB |
| Debtor. | |

### NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN

PLEASE TAKE NOTICE that the Debtor has filed a preconfirmation modification to the Chapter 13 Plan. The preconfirmation modification may materially and adversely change the treatment or rights of creditors from those set forth in the Chapter 13 Plan previously filed.

**Your rights may be affected. You should read the preconfirmation modification carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you oppose confirmation of the Chapter 13 Plan, as modified, and do not want the Court to confirm it, or if you want the Court to consider your views, then not less than seven (7) days before the hearing on confirmation scheduled below, you or your attorney must:

(1) File with the Court a written objection, explaining your positions and views as to way the Court should not confirm the Chapter 13 Plan, as modified. The written objection must be filed at the following address:

**Clerk, U.S. Bankruptcy Court, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303**

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it not less than seven days before the hearing on confirmation scheduled below.

(2) Mail or deliver a copy of your written objection to the Debtor's attorney at the address stated below and to the Chapter 13 Trustee. You must attach a certificate of service to your written objection, stating when, how, and on whom (including addresses) you served the objection.

If you or your attorney do not file a timely objection, the court may decide that you do not oppose confirmation of the Chapter 13 Plan, as modified.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on **Confirmation of the Modified Plan at 9:30 A. M. on April 1, 2026** in **Courtroom 1401, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303**, which must be attended in person, unless the Court orders otherwise. Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: February 27, 2026.

                                              **LAW OFFICES OF DOUGLAS JACOBSON, LLC**

                            By:    */s/ Douglas Jacobson*
                                  Douglas Jacobson
                                  Georgia State Bar No. 223344
                                  Attorney for Debtor

11539 Park Woods Circle
Suite 304
Alpharetta, GA 30005
(678) 341-9114
douglas@douglasjacobsonlaw.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify under penalty of perjury that on this day I served the following parties with a copy of **NOTICE OF HEARING ON CONFIRMATION OF MODIFIED PLAN AND OF DEADLINE FOR OBJECTIONS TO CONFIRMATION OF MODIFIED PLAN** by placing true copies of same in the United States Mail with adequate, first-class postage affixed to insure delivery, addressed to:

Navy Federal Credit Union
c/o Jessica Arestad
P.O. Box 3000
Merrifield, VA 22119

    I further certify that, by agreement of the parties, K. Edward Safir, Standing Chapter 13 Trustee, was served via the ECF electronic mail/noticing system.

This 27th day of February, 2026.

                                                     *s/ Douglas Jacobson*
                                                     Douglas Jacobson
                                                     Georgia State Bar No. 223344
                                                     Attorney for Debtor

11539 Park Woods Circle
Suite 304
Alpharetta, GA 30005
(678) 341 9114
douglas@douglasjacobsonlaw.com