**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In Re:                                              Chapter 13

**Zia Alexis Marshay Sifford,**                     **Case No. 25-63432-PWB**

**Debtor.**

### NOTICE OF RESCHEDULED CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that the **Hearing on Confirmation of the Debtor's Chapter 13 Plan** has been reset for **May 20, 2026 at 9:30 a.m**. in **Courtroom 1401 of the U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia, 30303**, which must be attended in person, unless the Court orders otherwise. Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is: Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, SW, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

        Dated: April 14, 2026.


        **LAW OFFICES OF DOUGLAS JACOBSON, LLC**


        By:      */s/Douglas Jacobson*
                 Douglas Jacobson
                 Georgia State Bar No. 223344
                 Attorney for Debtor

11539 Park Woods Circle
Suite 304
Alpharetta, GA 30005
(678)341-9114
douglas@douglasjacobsonlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing *Notice of Rescheduled Confirmation Hearing* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

K. Edward Safir                                         info@atlch13tt.com

Matthew F. Totten                                  mft@tottenfirm.com

I further certify that on this day, I caused a copy of this document to be served via United States Mail, first-class, with adequate postage pre-paid, on the following parties listed on the attached matrix.

Dated:  April 14, 2026.

By:     */s/ Douglas Jacobson*
          Douglas Jacobson
          Law Offices of Douglas Jacobson, LLC
          Georgia State Bar No. 223344
          Attorney for Debtor

11539 Park Woods Circle
Suite 304
Alpharetta, GA 30005
(678) 341-9114
douglas@douglasjacobsonlaw.com

Label Matrix for local noticing
113E-1
Case 25-63432-pwb
Northern District of Georgia
Atlanta
Tue Apr 14 08:02:10 EDT 2026

Aidvantage on behalf of
Dept of Education
PO Box 300001
Greenville Tx 75403-3001

Capital One
AttN: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Cavalry SPV I, LLC as assignee of Tab Bank/
Mission Lane
PO Box 4252
Greenwich, CT 06831-0405

Chimefinal
Attn: Bankruptcy
Po Box 417
San Francisco, CA 94104-0417

Credit Collection Services
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062-2679

Dept Of Ed/aidvantage
Po Box 300001
Greenville, TX 75403-3001

(p)HARRIS & HARRIS
111 W JACKSON BLVD STE 650
CHICAGO IL 60604-3589

Douglas Jacobson
Law Offices of Douglas Jacobson, LLC
Suite 304
11539 Park Woods Circle
Alpharetta, GA 30005-2412

LVNV Funding LLC/Resurgent Capital Servi
Resurgent Correspondence, Attn: Bankrupt
Po Box 1269
Greenville, SC 29602-1269

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Midland Credit Mgmt
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193-9069

(p)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3302
Merrifield, VA 22119-3302

Navy Federal Credit Union
P.O. BOX 3000
MERRIFIELD, VA 22119-3000

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Progress Residential
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256-2727

Progress Residential Borrower
7500 N. Dobson Road
Suite 300
Scottsdale, AZ 85256-2727

Progress Residential Borrower 5, LLC
The Totten Firm
5579 Chamblee-Dunwoody Rd
Ste B-136
Atlanta, GA 30350 United States 30338-4154

K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1229

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

(p)SELF INC
PO BOX 11
SOUTHLAKE TX 76092-0011

Zia Alexis Marshay Sifford
1292 Lock Heath Trl
Lawrenceville, GA 30045-3554

Matthew Franklin Totten
The Totten Firm, LLC
5579 Chamblee Dunwoody Rd
Ste B-136
Atlanta, GA 30338-4154

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Harris & Harris
Attn: Bankruptcy
111 W Jackson Blvd, Suite 650
Chicago, IL 60604

Mission Lane LLC
Mission Lane LLC, Attn: Bankruptcy
Po Box 105286
Atlanta, GA 30348

Portfolio Recovery Associates, LLC
Attn: Bankruptcy
120 Corporate Boulevard
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Self Financial Inc.
Attn: Bankruptcy
515 Congress Ave #2200
Austin, TX 78701

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)K. Edward Safir
Standing Chapter 13 Trustee
Suite 1600
285 Peachtree Center Ave. NE
Atlanta, GA 30303-1229

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26