IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Zia Alexis Marshay Sifford,

**Debtor(s).**

CASE NO. 25-63432-pwb
CHAPTER 13

Judge Paul W. Bonapfel

Progress Residential Borrower 5, LLC

**Movant**

CONTESTED MATTER

v.

Zia Alexis Marshay Sifford, Debtor(s);
Zorana Dandy, Codebtor(s);;
and K. Edward Safir, Trustee
  **Respondents.**

## AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER

PERSONALLY APPEARED before the undersigned officer duly authorized to administer

oaths, Matthew F. Totten, who first being sworn on oath deposes and states as follows:

1. My name is Matthew F. Totten; I am over 21 years of age and suffering from no disease or

   defect that would render me incompetent to testify before this Court. I am competent to

   testify to all matters set forth herein and do so based on my personal knowledge.

2. I am an attorney licensed to practice law in the State of Georgia.

3. I represent the Movant as legal counsel in the above-styled matter.

4. Per this Court's strict compliance order dated April 21, 2026 [Doc. 21], ZIA ALEXIS

   MARSHAY SIFFORD was ordered to strictly comply with the ongoing rental payments

   through November 2026.

1

5. Additionally, Debtor agreed to cure the post-petition balance through April 2026 via payment of $ 7,740.26, to be paid by April 15, 2026.

6. Debtor further agreed to resume strict compliance with the ongoing monthly rental payments and utilities, commencing May 1, 2026.

7. ~~Debtor failed to cure the post-petition balance owing through April 2026, having failed to make payment of $4,613.24 by April 23, 2026~~.

8. Debtor failed to pay post-petition sums, namely rent and utilities, for the months of May 2026.

9. On May 8, 2026, counsel for Movant sent to Debtor and Debtor's Counsel a Notice of Default; a copy of said Notice of Default is attached hereto as an Exhibit.

10. As of this date, Debtor remains in possession of the property in question in this matter despite their failure to comply with the foregoing terms as ordered by this Court.

11. Pursuant to the foregoing, Movant respectfully requests that this Court enter an order lifting the automatic stay under §§ 362 and Bankruptcy Rule 4001(a)(3).

FURTHER AFFIANT SAYEHT NAUGHT.

This 14th day of _____ May _____, 2026.

Matthew F. Totten
GA Bar. No. 798589
Attorney for Movant

Sworn and subscribed before me
This 14th day of _____ May _____, 2026

Notary Public

2

## CERTIFICATE OF SERVICE

This is to certify that, in accordance with BLR 5005-5 (Bankr. N.D. Ga.), I have this date electronically filed the within and foregoing *AFFIDAVIT OF DEBTOR'S NONCOMPLIANCE WITH COURT ORDER* in the above-captioned contested matter with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all parties or counsel of record, and specifically, to counsel of record for the parties in interest in this matter:

K. Edward Safir
Standing Chapter 13 Trustee
Ste 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303

W. Douglas Jacobson
Law Offices of Douglas Jacobson LLC
11539 Park Woods Cir, Ste 304
Alpharetta, GA 30005

I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows

Zia Alexis Marshay Sifford, Debtor
1292 Lock Heath Trl
Lawrenceville GA 30045

Zorana Dandy, Codebtor
1292 Lock Heath Trl
Lawrenceville GA 30045

Dated: ~~Thursday~~, May ~~14~~, 2026.

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
(404) 692-4342 (Telephone)
mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
ATTORNEY FOR MOVANT

3