# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In   Debtor(s)
Re:   **Zia Alexis Marshay Sifford**
1292 Lock Heath Trl
Lawrenceville, GA 30045

**xxx–xx–3957**

Case No.: **25–63432–pwb**
Chapter:  **13**
Judge:  **Paul W. Bonapfel**

## ORDER OF DISMISSAL

The Chapter 13 Trustee's objection(s) to confirmation came before the Court and

After hearing and for good cause shown, confirmation is denied, and

**IT IS ORDERED THAT THIS CASE IS DISMISSED.**

Any unpaid filing fees must be paid by the Debtor(s) to the Clerk of the United States Bankruptcy Court within fourteen (14) days of the date of the entry of this Order.

The Clerk is directed to serve a copy of this Order on the Debtor(s), the Attorney for the Debtor(s), the Chapter 13 Trustee, all creditors and other parties in interest. The Attorney for the Debtor(s) shall serve a copy of this Order upon any employer of the Debtor(s) who is subject to an employer deduction order.

_____

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: May 20, 2026

Form 155

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                    Case No. 25-63432-pwb

Zia Alexis Marshay Sifford                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9                           User: bncadmin                                    Page 1 of 2

Date Rcvd: May 20, 2026                   Form ID: 155                                    Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zia Alexis Marshay Sifford, 1292 Lock Heath Trl, Lawrenceville, GA 30045-3554 |
| cr | + | Progress Residential Borrower 5, LLC, The Totten Firm, 5579 Chamblee-Dunwoody Rd, Ste B-136, Atlanta, GA 30350 UNITED STATES 30338-4154 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25712142 | + | EDI: MAXMSAIDV | May 21 2026 00:39:00 | Aidvantage on behalf of, Dept of Education, PO Box 300001, Greenville Tx 75403-3001 |
| 25577698 | + | EDI: CAPITALONE.COM | May 21 2026 00:39:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 25591735 | + | EDI: AIS.COM | May 21 2026 00:40:00 | Capital One, N.A., by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 25684970 | + | Email/Text: bankruptcy@cavps.com | May 20 2026 21:17:00 | Cavalry SPV I, LLC as assignee of Tab Bank/, Mission Lane, PO Box 4252, Greenwich, CT 06831-0405 |
| 25577699 | + | Email/Text: omx-bnc-bk-notices@chime.com | May 20 2026 21:16:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 25577700 | + | EDI: CCS.COM | May 21 2026 00:40:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 25577701 | + | EDI: MAXMSAIDV | May 21 2026 00:39:00 | Dept Of Ed/aidvantage, Po Box 300001, Greenville, TX 75403-3001 |
| 25577702 | | Email/Text: HHEBN@harriscollect.com | May 20 2026 21:17:00 | Harris & Harris, Attn: Bankruptcy, 111 W Jackson Blvd, Suite 650, Chicago, IL 60604 |
| 25577703 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2026 21:21:07 | LVNV Funding LLC/Resurgent Capital Servi, Resurgent Correspondence, Attn: Bankrupt, Po Box 1269, Greenville, SC 29602-1269 |
| 25584929 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2026 21:21:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 25577705 | | Email/Text: ml-ebn@missionlane.com | May 20 2026 21:15:00 | Mission Lane LLC, Mission Lane LLC, Attn: Bankruptcy, Po Box 105286, Atlanta, GA 30348 |
| 25661166 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2026 21:17:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 25577704 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2026 21:17:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 25577706 | + | EDI: NFCU.COM | May 21 2026 00:40:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 25629909 | | EDI: NFCU.COM | May 21 2026 00:40:00 | Navy Federal Credit Union, P.O. BOX 3000, |

District/off: 113E-9 | User: bncadmin | Page 2 of 2
Date Rcvd: May 20, 2026 | Form ID: 155 | Total Noticed: 23

| | | | | MERRIFIELD, VA 22119-3000 |
|---|---|---|---|---|
| 25577707 | EDI: PRA.COM | | May 21 2026 00:39:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 25651817 | EDI: PRA.COM | | May 21 2026 00:39:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 25622167 | + Email/Text: bknotices@progressresidential.com | | May 20 2026 21:17:00 | Progress Residential, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25577708 | + Email/Text: bknotices@progressresidential.com | | May 20 2026 21:17:00 | Progress Residential Borrower, 7500 N. Dobson Road, Suite 300, Scottsdale, AZ 85256-2727 |
| 25577709 | Email/Text: bankruptcy@self.inc | | May 20 2026 21:16:00 | Self Financial Inc., Attn: Bankruptcy, 515 Congress Ave #2200, Austin, TX 78701 |
| 25664881 | + Email/Text: bncmail@w-legal.com | | May 20 2026 21:16:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Jacobson | on behalf of Debtor Zia Alexis Marshay Sifford douglas@douglasjacobsonlaw.com  R42996@notify.bestcase.com |
| K. Edward Safir | info@atlch13tt.com |
| K. Edward Safir | on behalf of Trustee K. Edward Safir info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 5  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

TOTAL: 4