

**IT IS ORDERED as set forth below:**


**Date: May 21, 2026**

_Paul W Bonapfel_
_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Zia Alexis Marshay Sifford,<br><br>**Debtor(s)**.<br><br>---<br><br>Progress Residential Borrower 5, LLC<br><br>**Movant**<br><br>v.<br><br>Zia Alexis Marshay Sifford, Debtor(s);<br>Zorana Dandy, Codebtor(s);<br>and K. Edward Safir, Trustee<br><br>  **Respondents**. | CASE NO. 25-63432-pwb<br>CHAPTER 13<br><br>Judge Paul W. Bonapfel<br><br>CONTESTED MATTER |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY, STRICT COMPLIANCE**

Debtor and Movant previously entered into a consent order between Debtor and Movant, dated April 21, 2026 [Doc. 21], requiring Debtor to resume strict compliance with the lease post petition commencing May 1, 2026. Debtor further agreed to cure the post petition arrearage owing through April 2026 via payments of $ 7,740.26 by April 15, 2026.

1

As evidenced by Movant's subsequent default Motion to Lift Stay for Debtor's Noncompliance With Strict Compliance Order, filed on May 18, 2026 [Doc 23], as supported by adequate notice upon Debtor/Debtor's counsel [Doc 23-1] and further evidenced by an affidavit of noncompliance [Doc 23-2], Debtor failed to strictly comply with the terms agreed between the parties, particularly Debtor failed to resume strict compliance under the lease agreement commencing May 1, 2026, having failed to pay $2,473.46 post-petition rent, late fees, and utilities for May 2026.

No response has been filed by Debtor or codebtor in opposition to Movant's motion to lift the automatic stay in light of the default with the strict compliance order [Doc 21].

**ORDERED** that Movant's Motion is granted.  The automatic stay pursuant to 11 U.S.C. §§ 362(d) and 1301 of the Bankruptcy Code is MODIFIED to allow Movant to pursue dispossessory proceedings against Debtor as-available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action, including to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

**ORDERED** that, pursuant to Movant's Motion, the 14 day stay prescribed by Bankruptcy Rule 4001(a)(4) is waived to allow Movant to proceed immediately with a dispossessory action;

[**END OF DOCUMENT**]

2

**Order presented by:**

THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)

Distribution List:

W. Douglas Jacobson
Law Office of Douglas Jacobson LLC
11539 Park Woods Cir, Ste 304
Alpharetta, GA 30005
*Counsel for Debtor*

Matthew F. Totten
THE TOTTEN FIRM, LLC
5579 Chamblee Dunwoody Rd, Ste B-136
Atlanta, GA 30338
*Counsel for Movant*

K. Edward Safir
Standing Chapter 13 Trustee
Ste 1600
285 Peachtree Center Ave NE
Atlanta, GA 30303
*Trustee*

Zia Alexis Marshay Sifford, Debtor
1292 Lock Heath Trl
Lawrenceville, GA 30045

Zorana Dandy, Codebtor
1292 Lock Heath Trl
Lawrenceville, GA 30045

3

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                          Case No. 25-63432-pwb

Zia Alexis Marshay Sifford                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: pdf404 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zia Alexis Marshay Sifford, 1292 Lock Heath Trl, Lawrenceville, GA 30045-3554 |
| | + | Zorana Dandy, 1292 Lock Heath Trl, Lawrenceville, GA 30045-3554 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026           Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas Jacobson | on behalf of Debtor Zia Alexis Marshay Sifford douglas@douglasjacobsonlaw.com  R42996@notify.bestcase.com |
| K. Edward Safir | info@atlch13tt.com |
| K. Edward Safir | on behalf of Trustee K. Edward Safir info@atlch13tt.com |
| Matthew Franklin Totten | on behalf of Creditor Progress Residential Borrower 5  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email |

TOTAL: 4