**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In     Debtor(s)
Re:   **Zia Alexis Marshay Sifford**
       1292 Lock Heath Trl
       Lawrenceville, GA 30045

       **xxx−xx−3957**

Case No.: **25−63432−pwb**
Chapter:  **13**
Judge:  **Paul W. Bonapfel**

**ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE
AND CLOSING ESTATE**

It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

Paul W. Bonapfel
United States Bankruptcy Judge

Dated: June 22, 2026

Form 176

United States Bankruptcy Court

Northern District of Georgia

In re:                                                                                              Case No. 25-63432-pwb

Zia Alexis Marshay Sifford                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113E-9 | User: bncadmin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 22, 2026 | Form ID: 176 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

**Recip ID               Recipient Name and Address**
db                    + Zia Alexis Marshay Sifford, 1292 Lock Heath Trl, Lawrenceville, GA 30045-3554

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2026 at the address(es) listed below:**

**Name                        Email Address**

Douglas Jacobson
    on behalf of Debtor Zia Alexis Marshay Sifford douglas@douglasjacobsonlaw.com  R42996@notify.bestcase.com

K. Edward Safir
    info@atlch13tt.com

K. Edward Safir
    on behalf of Trustee K. Edward Safir info@atlch13tt.com

Matthew Franklin Totten
    on behalf of Creditor Progress Residential Borrower 5  LLC mft@tottenfirm.com, jet@tottenfirm.com,mtots@recap.email

TOTAL: 4